IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James M. McMaster and :
Mary Ellen McMaster, h/w, :
          Appellants :
  :
      v. : No. 628 C.D. 2016
  :
The Township of Bensalem :

## **O R D E R**

NOW, April 25, 2017, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge